CAMILLE M. ABATE, ESQ.
ATTORNEY AT LAW

Of Counsel, Nicholas Goodman & Associates
30 West 22nd Street, Suite 2E, New York, NY 10010
TEL: (212) 227-9003 • FAX: (212) 937-2112

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/21

MEMO ENDORSED

March 19, 2021

3/19/21
Request Granted

**VIA ECF**

Hon. Colleen McMahon
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: Request for Permission to Travel for Kevin McCarron**
**United States v. Cahill, et al., 20 Cr. 521 (CM)**

Dear Judge McMahon:

Kevin McCarron is currently at liberty on a Personal Recognizance Bond of $150,000.00 signed by two cosigners, with travel limited to the Southern and Eastern Districts of New York. I respectfully request that Mr. McCarron be permitted to travel with his sons for the weekend to visit close family friends with children of similar age, and who live at 155 High County Drive, Blakeslee, PA 18610.

This is a social visit that was not planned; the invitation happened late yesterday afternoon. Mr. McCarron's sons were invited to enjoy snowboarding and other outdoor activities in the Pocono mountain area, which is right over the border from New Jersey, traveling on Interstate 80. If permitted, Mr. McCarron would leave Saturday morning, March 20, and return to New York on Monday, March 22, 2021.

I have spoken to the government and they have no objection to this request.

Sincerely,

s/s Camille M. Abate

Camille M. Abate
Attorney for Kevin McCarron

cc: AUSA Jason Swergold, Esq. (via ECF)