CAMILLE M. ABATE, ESQ.
ATTORNEY AT LAW

Of Counsel, Nicholas Goodman & Associates
333 Park Avenue South, Suite 3A, New York, NY 10010
TEL: (212) 227-9003 • FAX: (212) 937-2112

**MEMO ENDORSED**

June 29, 2021

*6/30/21*

*Permission to travel as requested herein granted.*

*[signed] Colleen McMahon*

**VIA ECF**

Hon. Colleen McMahon
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: Request for Permission to Travel for Kevin McCarron**
**United States v. Cahill, et al., 20 Cr. 521 (CM)**

Dear Judge McMahon:

Kevin McCarron is currently at liberty on a Personal Recognizance Bond of $150,000.00 signed by two cosigners, with travel limited to the Southern and Eastern Districts of New York. I respectfully request that Mr. McCarron be permitted to travel with his sons, from Friday, July 2 through Saturday, July 10, 2021, to visit close family friends who live at 155 High County Drive, Blakeslee, PA 18610.

Mr. McCarron has visited these friends before with permission of the Court, for a brief stay. This trip is a little longer but will be the only time Mr. McCarron will have with his children for a holiday. I have spoken to Ms. Gerardino, his pretrial services officer, and she has no objection to this travel request. He has been fully compliant with pretrial throughout this case.

I have also spoken to the government and they have no objection to this request.

Sincerely,

*s/s Camille M. Abate*

Camille M. Abate
Attorney for Kevin McCarron

cc: AUSA Jason Swergold, Esq. (via ECF)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/21
```