**CAMILLE M. ABATE, ESQ.**
**ATTORNEY AT LAW**

━━━●○●━━━

Of Counsel, Nicholas Goodman & Associates
333 Park Avenue South, Suite 3A, New York, NY 10010
TEL: (212) 227-9003 • FAX: (212) 937-2112

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/18/21
```

August 17, 2021

**VIA ECF**

Hon. Colleen McMahon
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

MEMO ENDORSED 8/18/21
Granted
[signature] Colleen McMahon

**Re: Request for Permission to Travel for Kevin McCarron**
**United States v. Cahill, et al., 20 Cr. 521 (CM)**

Dear Judge McMahon:

Kevin McCarron is currently at liberty on a Personal Recognizance Bond of $150,000.00 signed by two cosigners, with travel limited to the Southern and Eastern Districts of New York. I respectfully request that Mr. McCarron be permitted to attend a wake and funeral service on August 18 and 19, 2021.

The deceased is a friend and former union member, whom Mr. McCarron has known for over 20 years, and who yesterday died of cancer. The wake is being held tomorrow at Becker Funeral Home, 219 Kinderkamack Road, Westwood, NHJ 07675. The funeral mass will take place on Thursday, August 19, at Our Lady of Victory Church in Harrington Park, New Jersey. After the funeral and burial, Mr. McCarron will return home.

I have spoken to AUSA Jason Swergold on behalf of the government, and he has no objection to this request.

Sincerely,

s/s Camille M. Abate

Camille M. Abate
Attorney for Kevin McCarron

cc: AUSA Jason Swergold, Esq. (via ECF)