**CAMILLE M. ABATE, ESQ.**
**ATTORNEY AT LAW**

Of Counsel, Nicholas Goodman & Associates
333 Park Avenue South, Suite 3A, New York, NY 10010
TEL: (212) 227-9003 • FAX: (212) 937-2112

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/22

February 14, 2022

2/15/22

MEMO ENDORSED

Permission to travel as requested herein granted.

[signed] Colleen McMahon

**VIA ECF**

Hon. Colleen McMahon
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Request for Permission to Travel to New Jersey for Kevin McCarron
United States v. Cahill, et al., 20 Cr. 521 (CM)

Dear Judge McMahon:

Kevin McCarron is currently at liberty on a Personal Recognizance Bond of $150,000.00 signed by two cosigners, with travel limited to the Southern and Eastern Districts of New York. I respectfully request that Mr. McCarron be permitted to travel to Rutgers University in New Brunswick, New Jersey during lacrosse season – that is, February through April 2022 – to attend games played by his godson.

The lacrosse home games occur twice a month on Saturday afternoons during the season. There is one away game that takes place in Princeton, New Jersey, on March 12. (Two other away games take place at schools in the Eastern District of New York and so don't pose a problem.) Mr. McCarron's current Pretrial Service Officer, Corinne Carroll, consents to his travel to New Jersey so long as he provides advance notice of his intention to attend a game.

I have spoken to AUSA Jason Swergold on behalf of the government, and he informs me that the government will defer to Pretrial Services.

Sincerely,

s/s Camille M. Abate

Camille M. Abate
Attorney for Kevin McCarron

cc: AUSA Jason Swergold, Esq. (via ECF)