CAMILLE M. ABATE, ESQ.
ATTORNEY AT LAW
━━━●O●━━━

Of Counsel, Nicholas Goodman & Associates
333 Park Avenue South, Suite 3A, New York, NY 10010
TEL: (212) 227-9003 • FAX: (212) 937-2112

March 21, 2023

**VIA ECF**

Hon. Colleen McMahon
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

3/22/2023
Denied
CM

**Re: Request for Permission to Travel for Kevin McCarron**
**United States v. Cahill, et al., 20 Cr. 521 (CM)**

MEMO ENDORSED

Dear Judge McMahon:

Kevin McCarron is currently at liberty on a Personal Recognizance Bond of $150,000.00 signed by two cosigners, with travel limited to the Southern and Eastern Districts of New York. Mr. McCarron has been fully compliant with Pretrial Services since his arrest in October 2020. I respectfully request that he be permitted to take a short vacation with his family to Miami, Florida from March 25 through April 3.

I apologize for the short notice; Mr. McCarron did inform me of this in early March but my schedule has been somewhat busy and I neglected to do this right away, and once put off, I then lost track of the time.

This is a family vacation and they will be meeting up with other family members that Mr. McCarron hasn't seen since his indictment in this matter. He will be staying at 84 Panorama Drive in Palm Coast, Florida and then 20315 Northeast 12th Avenue, Miami, Florida. He will return on April 3.

The government objects to this request, for unspecified reasons.

Sincerely,

*s/s Camille M. Abate*

Camille M. Abate

cc:   AUSA Jun Xiang (via ECF)
      Marguerite Colson (via ECF)
      Frank Balsamello (via ECF)